IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LYNETTE FOX, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-104
 )
PROFIT SERVICES GROUP, LLC, )
 )
    Defendant. )
_____ )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this case is hereby **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's request. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA